UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 22 2008 ★

BROOKLYN OFFICE

---

MADA INTERNATIONAL, et al

-vs-

BRIDGESIDE INC., et al

---

**JUDGMENT IN A CIVIL CASE**

07-CV-0286 (BMC)

__X__  JURY VERDICT. This action came before the Court and a jury with the judicial officer named above presiding. The issues have been tried and the jury has rendered its verdict in favor of the plaintiff in the amount of 18,000 as to defendant Bridgeside only.

_____  DECISION BY COURT. This action came to trial or hearing before the Court with the judge named above presiding. The issues have been tried and a decision has been rendered.


ROBERT C. HEINEMANN
Clerk of the Court

*(signature)*
Gaby Batista
Deputy Clerk

May 19, 2008